**No. 67476.**—Nord Light, Inc., et al. *v.* United States, protests 297144–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiffs was sustained.

**No. 67477.**—American Map Co., Inc., et al. *v.* United States, protests 271423–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.

FEBRUARY 26, 1963

**No. 67478.**—Dorf International, Inc. *v.* United States, protests 58/25471–10470, etc.— —C.D. 2375. (Rehearing denied, Abstract 67314.) Motion of Government for rehearing denied.

FEBRUARY 26, 1963

**No. 67479.**—APPEAL 5127.—United States *v.* Floral Arts Studios and Frank P. Dow Co., Inc., et al.—

C.D. 2359. Appeal dismissed January 8, 1963.